IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>DAVONTE ANDREWS,<br><br>               Defendant. | 8:22-CR-99<br><br>ORDER ON MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS |

This matter is before the court on defendant Davonte Andrews's Motion for Leave to Appeal in Forma Pauperis, Filing 62. Rule 24(a)(1) requires a party who was not granted prior approval to proceed *in forma pauperis* to file a motion with an affidavit showing "the party's inability to pay or to give security for fees and costs; claims an entitlement to redress; and states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1). The Court has reviewed the affidavit and Motion and concludes that the requirements under Rule 24 have been met. Therefore, Andrew is granted leave to proceed *in forma pauperis* on appeal. Accordingly,

IT IS ORDERED that Davonte Andrews's Motion for Leave to Appeal in Forma Pauperis, Filing 62, is granted.

Dated this 13th day of April, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge